# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2021

Bridget M. McCormack,
Chief Justice

162231 & (14)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

SC: 162231
COA: 354422
Wayne CC: 18-000588-FH

MARCELLIS RAYIMONTE TINSLEY,
  Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 16, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2021



b0112

Clerk